Allen J. Baden (State Bar No. 255805)
EDGE LAW GROUP
236 N Santa Cruz Ave Ste 228
Los Gatos CA 95030-7279
Telephone:   (408) 827-4461
Facsimile:   (408) 827-4296
Email:       abaden@EdgeLawGroup.com

Attorney for Plaintiffs
FARALLON RISK GROUP LLC
and CARY SHOLER

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AT OAKLAND

| | |
|---|---|
| FARALLON RISK GROUP, LLC, and CARY SHOLER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>VERGENCE ENTERTAINMENT, INC., FHS LEGACY CORPORATION, ROBERT FEENEY, JEFF E. HAAS, and BRENT W. BARKLEY, individuals, NV ENERGY, INC., NEVADA POWER COMPANY dba NV ENERGY, SIERRA PACIFIC POWER COMPANY dba NV ENERGY, PUGET SOUND ENERGY, INC. dba PSE, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. C12-03568 (DMR)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS DEFENDANTS VERGENCE ENTERTAINMENT, INC., JEFF E. HASS, NV ENERGY, INC., NEVADA POWER COMPANY DBA NV ENERGY, SIERRA PACIFIC POWER COMPANY DBA NV ENERGY, AND PUGET SOUND ENERGY, INC. DBA PSE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(i)** |

On July 23, 2012, Plaintiffs Farallon Risk Group, LLC and Cary Sholer filed a motion to dismiss Defendants Vergence Entertainment, Inc., Jeff E. Hass, NV Energy, Inc., Nevada Power Company dba NV Energy, Sierra Pacific Power Company dba NV Energy, and Puget Sound Energy, Inc. dba PSE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court having reviewed and considered the Motion and all of the pleadings and papers filed in relation thereto, and good cause appearing thereof, grants Plaintiffs' Motion to Dismiss the named

1  Defendants.

2  It is ordered that Defendants Vergence Entertainment, Inc., Jeff E. Hass, NV Energy, Inc., Nevada Power Company, Sierra Pacific Power Company, and Puget Sound Energy, Inc. are dismissed from the proceeding without prejudice.

Dated this 24th day of July 2012.



HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE