UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARALLON RISK GROUP, LLC, | No. C 12-03568 DMR |
| Plaintiff(s), | **ORDER RE CONFIDENTIAL SETTLEMENT AGREEMENT** |
| v. | |
| VERGENCE ENTERTAINMENT, INC., | |
| Defendant(s). | |

On August 7, 2012, Plaintiff filed the parties' confidential settlement agreement under seal. Although the court did not review the settlement agreement with a fine-toothed comb, it appears that there is a discrepancy between the written and numeric interest rates contained in paragraph 2, line 2. Given that the parties have asked the court to retain jurisdiction to enforce the settlement agreement, the court orders the parties to review their settlement papers once more to ensure they are accurate and complete, and to re-file any revised settlement agreement under seal by no later than August 17, 2012.

IT IS SO ORDERED.

Dated: August 7, 2012



_____
DONNA M. RYU
United States Magistrate Judge