1  Allen J. Baden (State Bar No. 255805)
   EDGE LAW GROUP
2  236 N Santa Cruz Ave Ste 228
   Los Gatos CA 95030-7279
3  Telephone:    (408) 827-4461
   Facsimile:    (408) 827-4296
4  Email:        abaden@EdgeLawGroup.com

5  Attorney for Plaintiffs
   FARALLON RISK GROUP LLC
6  and CARY SHOLER

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AT OAKLAND

| | |
|---|---|
| FARALLON RISK GROUP, LLC, and CARY SHOLER,<br><br>            Plaintiffs,<br><br>      v.<br><br>VERGENCE ENTERTAINMENT LLC, FHS LEGACY CORPORATION, ROBERT FEENEY and BRENT W. BARKLEY, individuals,<br><br>            Defendants. | CASE NO. C12-03568 (DMR)<br><br>**[PROPOSED] CONSENT JUDGMENT** |

This matter comes before the Court on the Plaintiffs' Joint Motion for Entry of Consent Judgment.[1] Plaintiffs Farallon Risk Group, LLC and Cary Sholer filed this action alleging acts of, *inter alia,* breach of contract and unfair business practices.

The Parties have reached an agreement to settle their dispute and have asked this Court to enter a Consent Judgment consistent with their agreement, which includes and incorporates in its entirety the attached Settlement Agreement filed under seal. Being fully advised in the premises, the Court grants Plaintiff's Motion for Entry of Consent Judgment.

---

[1] Plaintiffs previously dismissed the action against Vergence Entertainment, Inc., Jeff E. Haas, NV Energy, Inc., Nevada Power Company dba NV Energy, Sierra Pacific Power Company dba NV Energy, and Puget Sound Energy, Inc. dba PSE under Fed. R. Civ. Pro. 41(a)(1)A.

It is ordered:

1.    The terms and conditions of the Settlement Agreement between the Parties filed under seal are fully incorporated into and considered part of this Consent Judgment as though fully set forth herein;

2.    The Parties expressly consent to and this Court retains jurisdiction to enforce this Consent Judgment; and

3.    Except as otherwise agreed, the Parties are to bear their own costs, including attorneys' fees, associated with this litigation. Plaintiffs may file a motion for attorneys' fees and costs if postjudgment proceedings are required.

Dated this __13__ day of __August__ 2012.

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
*United States District Court*
*Northern District of California*